FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 08, 2026
Lucy H. Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

ARISA R. HERMAN #12049
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Arisa.Herman2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAWID NALEPA,<br><br>Defendant. | Case No. CR 26-00113-KJM<br><br>INFORMATION<br><br>[18 U.S.C. § 611(a)] |

INFORMATION

The United States Attorney charges:

Count 1
Voting by an Alien
(18 U.S.C. § 611(a))

On or about November 4, 2024, in the District of Hawaii, DAWID NALEPA, the defendant, an alien, knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Member of the Senate, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).

DATED: October 8, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

ARISA R. HERMAN
Assistant U.S. Attorney