UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
DISTRICT OF HAWAII
**PASSPORT RECEIPT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 19, 2026 3:51 PM
Lucy H.Carrillo, Clerk of Court

RE: Nalepa, Dawid

Year of Birth: 1981

Place of Birth: Poland

Case Number: 1:26CR00113

---

**COURT ORDER** entered on October 19, 2026

☐ **United States Passport**
Passport Number (______________)
to the custody of the U.S. Probation and Pretrial Services Office on __________.

☒ **Foreign Passport** (Poland)
Passport Number FB1798634
to the custody of the U.S. Probation and Pretrial Services Office on 10/19/26.

☐ Other ____________________ to the custody of the U.S. Probation and Pretrial Services Office on ____________.

Dawid Nalepa
***Client's Signature***

Katrina Coleman
***Officer's Signature***

**PASSPORT RETURN**

This will acknowledge receipt of Passport Number ______________________________ and/or Other______________________________ previously surrendered to the U.S. Probation and Pretrial Services Office pursuant to a prior Court Order.

Date Returned: ________________ Recipient's Signature: ____________________

*FOR USPPSO AGENCY USE ONLY*

Logged IN Passport Log

10/19/26
Passport Guardian Signature and Date

Logged OUT Passport Log

____________________
Passport Guardian Signature and Date

| **PURPOSE RETURNED** | **RETURNED TO** | **MAILED BY** |
|---|---|---|
| ☐ Travel per Court Order | ☐ Defendant | ☐ Certified Mail |
| ☐ Incarcerated | ☐ U.S. State Department | ☐ FedEx |
| ☐ Not Convicted | ☐ ICE-ERO/Foreign Consulate | ☐ Other |
| ☐ Other | ☐ Other | |